IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH SNAPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  1:21-cv-02116 |
| | ) | |
| UNUM LIFE INSURANCE | ) | Hon. John Z. Lee |
| COMPANY OF AMERICA, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Now come the plaintiff, JOSEPH SNAPPER, by his attorneys, and hereby moves this Court for the entry of judgment in his favor and against defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, pursuant to Fed. R. Civ. P. 52, on the ground that the preponderance of evidence favors the entry of judgment in Snapper's favor in this case for long-term disability benefits under § 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132(a)(1)(B)). In support thereof, Snapper concurrently submits a separate Statement of Proposed Findings of Fact and Memorandum of Law.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant and issue an order reinstating his benefit claim and directing payment of all past-due benefits, with interest paid thereon, and payment of all attorneys' fees and costs pursuant to ERISA § 502(g) (29 U.S.C. § 1132(g)).

DATED:  April 1, 2022                        Respectfully submitted,

By:      *s/ William Reynolds*

**DEBOFSKY SHERMAN CASCIARI REYNOLDS, PC**
William T. Reynolds
150 North Wacker Drive, Ste. 1925
Chicago, IL  60606
312-561-4040
wreynolds@debofsky.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, the foregoing was electronically filed with the Clerk of the District Court using the CM/ECF system, which sends notification of all filings upon all counsel of record.

Dated: April 1, 2022                  /s/ *William T. Reynolds*
*Attorney for Plaintiff*

William T. Reynolds
DeBofsky Sherman Casciari Reynolds, P.C.
150 N. Wacker Dr., Suite 1925
Chicago, IL 60606
(312) 561-4040 (phone)
(312) 929-0309 (fax)