IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSEPH SNAPPER ) | |
| ) | |
| *Plaintiff* ) | Case No. 1:21-cv-02116 |
| ) | |
| v. ) | Judge John Z. Lee |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | Magistrate Judge Jeffrey I. Cummings |
| OF AMERICA ) | |
| ) | |
| *Defendant* ) | |

**UNUM LIFE INSURANCE COMPANY OF AMERICA'S
MOTION FOR ENTRY OF JUDGMENT UNDER FED. R. CIV. P. 52(a)**

Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum"), by its attorney Warren von Schleicher of Smith von Schleicher & Associates, submits its Motion for Entry of Judgment pursuant to Fed. R. Civ. P. 52(a):

1. Plaintiff Joseph Snapper ("Snapper") was employed as an associate attorney in the litigation department of Mayer Brown LLP. As a benefit of employment, he received disability coverage under the Mayer Brown LLP Health and Welfare Benefits Plan (the "Plan"), pursuant to a group policy issued by Unum and governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq.* ("ERISA").

2. The parties stipulated that this case is properly adjudicated under Fed. R. Civ. P. 52(a) by applying ERISA's *de novo* standard of judicial review, based on the evidence in the stipulated administrative record.

3. In February 2019, at the age of 42, Snapper ceased working at Mayer Brown and sought disability benefits under the Plan due to lumbar back pain and radicular pain in his left leg. He obtained minimally invasive surgery on an outpatient basis to stabilize the L5-S1 area of his lumbar spine. Unum approved Snapper's claim and paid benefits from August 18, 2019 to

July 17, 2020, while he recovered from surgery. Snapper contends that he remained disabled from performing the material and substantial duties of his regular occupation as an associate litigation attorney beyond July 17, 2020.

4. Under the *de novo* standard, Snapper bears the burden of proving, by a preponderance of the evidence, that he satisfied the Plan's definition of Disability as of July 18, 2020 and continuously thereafter for each month in which he seeks payment of benefits. Any doubts or gaps in the evidence must be construed against a finding of Disability, because Snapper bears the burden of proof.

5. By July 2020, Snapper experienced significant improvement in his physical condition. He was working out at the gym regularly, swimming 3½ miles, and climbing the stair master machine for 20 minutes, and he traveled to Michigan for a fishing and boating vacation. Radiographic images showed a well healed L5-S1 fusion with no complications, and no evidence of nerve injury.

6. Unum consulted Stephen Kirsch, M.D., who is board certified in family medicine, Jamie Lewis, M.D., who is board certified in physical medicine and rehabilitation and pain medicine, and Scott Norris, M.D., who is board certified in occupational medicine, each of whom examined the medical evidence. Drs. Kirsch, Lewis, and Norris concurred that the evidence failed to support that Snapper's condition would prevent him from performing the material and substantial duties of his regular occupation.

7. Snapper, therefore, failed to meet his burden of proving, by a preponderance of the evidence, that he continuously satisfied the Plan's definition of Disability beyond July 17, 2020 and thereafter for each month in which he contends he is Disabled.

8. Accordingly, Unum requests that the Court enter judgment in Unum's favor pursuant to Fed. R. Civ. P. 52(a), and dismiss Snapper's Complaint with prejudice. Additionally, Unum requests an award of its reasonable attorneys' fees and costs pursuant to 29 U.S.C. §1132(g) and the Federal Rules of Civil Procedure.

WHEREFORE, defendant UNUM LIFE INSURANCE COMPANY OF AMERICA respectfully requests entry of final judgment in its favor pursuant to Fed. R. Civ. P. 52(a), dismissal of Plaintiff's Complaint with prejudice, and an award of its reasonable attorneys' fees and costs pursuant to 29 U.S.C. §1132(g) and the Federal Rules of Civil Procedure.

| | |
|---|---|
| Warren von Schleicher (IL- 6197189)<br>SMITH \| VON SCHLEICHER + ASSOCIATES<br>180 N. LaSalle St. Suite 3130<br>Chicago, Illinois 60601<br>P  312.541.0300 \| F  312.541.0933<br>warren.vonschleicher@svs-law.com | Respectfully submitted,<br><br>By: */s/ Warren von Schleicher*<br>Attorney for Defendant<br>Unum Life Insurance Company of America |

## CERTIFICATE OF SERVICE

I certify that on May 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record listed below:

William T. Reynolds
DeBofsky Sherman Casciari Reynolds, P.C.
150 North Wacker Street, Suite 1925
Chicago, Illinois 60606
wreynolds@debofsky.com

 

/s/ *Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com
Illinois Bar No. 6197189